Richard B. Herman, Esq.
**RICHARD B. HERMAN, P.C.**
445 Park Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 759-6300

Carter R. King, Esq.
**LAW OFFICES OF CARTER R. KING**
524 Holcomb Avenue
Reno, Nevada 89502
Telephone: (775) 322-9932

*Attorneys for Defendant ARCHIE GRANATA*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ARCHIE GRANATA<br><br>Defendant. | Case No.: 2:12-cr-00440-RCJ-GWF<br><br>**STIPULATION AND PROPOSED ORDER FOR RETURN OF DEFENDANT ARCHIE GRANATA'S PASSPORT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Robert Knief, Assistant United States Attorney, Richard B. Herman, Esq. and Carter R. King, Esq., attorneys for Defendant Archie Granata, that Defendant Archie Granata's United States passport be returned to Defendant Granata from Pre-Trial Services.

**DATED** this 13th Day of January, 2016

1

Respectfully submitted:

By: /s/ Richard B. Herman
RICHARD B. HERMAN, ESQ.
New York Bar No. 1898758
445 Park Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 759-6300
Attorney for Defendant, Archie Granata

By: /s/ Carter R. King
CARTER R. KING, ESQ.
Nevada Bar No. 1680
524 Holcomb Avenue
Reno, NV 89502
Telephone: (775) 322-9932
Attorney for Defendant, Archie Granata

DANIEL G. BOGDEN
OFFICE
United States Attorney
By: /s/ Robert Knief
ROBERT KNIEF
Assistant United States Attorney

2

## ORDER

Based upon the foregoing Stipulation, and with good cause appearing, **IT IS HEREBY ORDERED** that the Return of Defendant Archie Granata's United States Passport is **GRANTED**.

**IT IS FURTHER ORDERED** that Pretrial Services shall return Mr. Archie Granata's passport to Mr. Granata.

**IT IS SO ORDERED**

DATED: This 12th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

/s/ Richard B. Herman
RICHARD B. HERMAN, ESQ.
Attorney for Defendant, Archie Granata

LAW OFFICES
RICHARD B. HERMAN, P.C.
445 PARK AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 759-6300

3